IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) Mag. No. 1:07-M-106M
) (Related case District of Maine
CURTIS MOORE ) 07 Cr-95-P-H)
a/k/a/ "Cutts" )

ORDER

CURTIS MOORE, a/k/a "Cutts", having appeared before me on October 26, 2007, and after waiving his right to an identity hearing pursuant to Rule 5, Federal Rules of Criminal Procedure, it is hereby

ORDERED:

that CURTIS MOORE, a/k/a "Cutts", shall be removed forthwith to the District of Maine.

By Order:

Clerk of Court

Enter:

HONORABLE DAVID L. MARTIN
U.S. Magistrate Judge
United States District Court

DATE: October 26, 2007